


ERIC A. O. RUZICKA
(612) 340-2959
FAX (612) 340-8800
ruzicka.eric@dorsey.com

MEMO ENDORSED

April 19, 2012

4/19/2012
Yes, everything
move back
10 day

BY FACSIMILE
The Honorable Colleen McMahon
United States District Court
Southern District of New York
Room 1350
500 Pearl Street
New York, NY 10007

Re: American Civil Liberties Union et al. v. U.S. Department of Justice et al.
U.S. Southern District of New York File No: 12 CIV 794 (CM)

Dear Judge McMahon:

I am writing to request a ten-day extension of Plaintiff ACLU's deadline to file its Response to the Government's Motion for Summary Judgment.

On February 24, 2012, this Court established a briefing schedule allowing four-week period for the ACLU to prepare its response to the Government's motion. On April 9, 2012, this Court granted the Government a ten-day extension to submit its opening brief. The April 9, 2012 letter to the Court from the Government requesting this extension did not address the balance of the briefing schedule. The ACLU respectfully requests that the responsive briefing deadline be extended accordingly to permit the four-week response period originally contemplated in the Court's scheduling order. Accordingly, the ACLU proposes that its Response be due to the Court on May 21, 2012.

Thank you for your consideration of this request.

Respectfully,

Eric A. O. Ruzicka

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/12

cc: Sarah S. Normand, Esq., United States Attorney (by Email)
David McCraw, Esq. Counsel for New York Times Plaintiffs (by Email)

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 612.340.2600 · F 612.340.2868
SUITE 1500 · 50 SOUTH SIXTH STREET · MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC