UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

American Civil Liberties Union and The
American Civil Liberties Union
Foundation

       Plaintiffs,

-v-

U.S. Department of Justice, including its
component the Office of Legal Counsel,
U.S. Department of Defense, including its
component U.S. Special Operations
Command, and Central Intelligence
Agency

       Defendants.

-------------------------------------------------X

1:12-cv-00794-CM

**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Colin Wicker, and all exhibits thereto, and all prior pleadings and proceedings heretofore had herein, Plaintiffs American Civil Liberties Union and The American Civil Liberties Union Foundation (collectively, "the ACLU") will move this Court, before the Honorable Colleen McMahon, at Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order granting the ACLU partial summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.  The ACLU respectfully requests the Court to:

1. Order the Defendants to produce to the ACLU a copy of the Office of Legal Counsel's memorandum to the Department of Defense described in the Declaration of John E. Bies ¶¶ 30 and 38;

2. Order the Defendants to produce to the ACLU a copy of the Department of Defense memoranda listed as documents 9 and 10 in the *Vaughn* index submitted as Exhibit J to the Declaration of Robert R. Neller;

3. Order the Defendants to produce to the ACLU a copy of any responsive memoranda from the Office of Legal Counsel to the Central Intelligence Agency, or to submit a full and complete *Vaughn* index of them; and

4. Order the Defendants to produce all remaining responsive documents pursuant to the ACLU's FOIA requests, or submit a full and complete *Vaughn* index for the documents, except for those responsive to the requests specifically waived in the ACLU's memorandum in support of this motion for partial summary judgment.

Dated:  July 18, 2012                    DORSEY & WHITNEY LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/Joshua Colangelo-Bryan_____
　　　　　　　　　　　　　　　　　　　　    Joshua Colangelo-Bryan

　　　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6119
　　　　　　　　　　　　　　　　　　　　212-415-9234

　　　　　　　　　　　　　　　　　　　　Eric A.O. Ruzicka (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Colin Wicker (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael Weinbeck (*pro hac vice*)

　　　　　　　　　　　　　　　　　　　　50 South Sixth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-1498
　　　　　　　　　　　　　　　　　　　　612-340-2959

　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　FOUNDATION

　　　　　　　　　　　　　　　　　　　　Jameel Jaffer
　　　　　　　　　　　　　　　　　　　　Hina Shamsi
　　　　　　　　　　　　　　　　　　　　Nathan Freed Wessler

　　　　　　　　　　　　　　　　　　　　125 Broad Street, 18th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　212-549-2500