**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

October 1, 2012

MEMO ENDORSED

OK
Colleen M. McM
10/2/12

BY FACSIMILE
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007

Re: New York Times v. Department of Justice
11 Civ. 9336 (CM)

ACLU v. Department of Justice
12 Civ. 794 (CM)

Dear Judge McMahon:

I write respectfully on behalf of defendants in the above-referenced cases (the "Government") to request an unopposed extension of time, until October 10, 2012, for the parties to submit simultaneous supplemental letter briefs addressing the Second Circuit's recent decision in *Brennan Center v. Department of Justice*, No. 11-4599 (2d Cir. Sept. 20, 2012). By letter dated September 21, 2012, and endorsed by this Court, the parties in the *New York Times* case jointly requested an opportunity to submit such letters by October 1. The additional time is needed to ensure that the letter we submit be fully considered and authorized by the appropriate Government entities, including by the Office of the Solicitor General. In addition, the Government respectfully requests that the Court accept letters of up to five pages, rather than the three pages initially requested.

This is the Government's first request for an extension of time to submit a letter addressing *Brennan Center*. Counsel for the *New York Times* plaintiffs consents to the Government's request. I thank the Court for its consideration of this application.

Respectfully,

STUART DELERY
Acting Assistant Attorney General

ELIZABETH SHAPIRO
AMY POWELL
Trial Attorneys
Telephone: (202) 514-5302
Elizabeth.Shapiro@usdoj.gov

PREET BHARARA
United States Attorney

By: SARAH S. NORMAND
Assistant United States Attorney
Telephone: 212.637.2709
Fax: 212.637.2702
Email: sarah.normand@usdoj.gov

DALLY FILED
10/2/12

cc:   Eric A.O. Ruzicka, Esq.
      Dorsey & Whitney LLP
      Suite 1500
      50 South Sixth Street
      Minneapolis, MN 55402-1498
      *Counsel for ACLU Plaintiffs*
      By Email

      David McCraw, Esq.
      The New York Times Company
      620 Eighth Ave.
      New York, NY 10018
      *Counsel for New York Times Plaintiffs*
      By Email