UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

American Civil Liberties Union and The
American Civil Liberties Union
Foundation

      Plaintiffs,

-v-

U.S. Department of Justice, including its
component the Office of Legal Counsel,
U.S. Department of Defense, including its
component U.S. Special Operations
Command, and Central Intelligence
Agency

      Defendants.

-------------------------------------------------X

1:12-cv-00794-CM

**PLAINTIFFS THE AMERICAN CIVIL LIBERTIES UNION AND THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Colin Wicker, and all exhibits thereto, and all prior pleadings and proceedings heretofore had herein, Plaintiffs American Civil Liberties Union and The American Civil Liberties Union Foundation (collectively, "the ACLU") will move this Court, before the Honorable Colleen McMahon, at Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order granting the ACLU partial summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.  The ACLU respectfully requests the Court to deny the government's motion for summary judgment and to review the withheld records of the Department of Justice's Office of Legal Counsel *in camera* to determine:

    1.    Which portions of the records must be released because they consist of information that has been officially acknowledged; and

2.  Which portions of the records must be released because they consist of legal analysis.

Dated:  November 7, 2014                DORSEY & WHITNEY LLP


By: _s/ Colin Wicker_____
    Eric A.O. Ruzicka (*pro hac vice*)
    Colin Wicker (*pro hac vice*)
50 South Sixth Street
Minneapolis, MN 55402-1498
612-340-2600

Joshua Colangelo-Bryan
51 West 52nd Street
New York, NY 10019-6119
212-415-9234

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Jameel Jaffer
Hina Shamsi

125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500