UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

American Civil Liberties Union and The American Civil Liberties Union Foundation

      Plaintiffs,

-v-

U.S. Department of Justice, including its component the Office of Legal Counsel, U.S. Department of Defense, including its component U.S. Special Operations Command, and Central Intelligence Agency

      Defendants.
-------------------------------------------------X

No. 12-cv-00794-CM

**NOTICE OF APPEAL**

      **NOTICE IS HEREBY GIVEN** that the American Civil Liberties Union and the American Civil Liberties Union Foundation hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on October 31, 2014 [Docket # 90], granting in part and denying in part Plaintiffs' Cross-Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment following remand; the Order entered in this action on October 31, 2014 [Docket #89], sealing the District Court's full opinion in respect to those cross-motions; and the Order entered in this action on December 9, 2014 [Docket #111], denying Plaintiffs' Motion For Reconsideration.

Dated:  December 24, 2014

DORSEY & WHITNEY LLP

By: /s/Eric A.O. Ruzicka
    Eric A.O. Ruzicka (*pro hac vice*)
    Colin Wicker (*pro hac vice*)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
612-340-2600

Joshua Colangelo-Bryan
51 West 52nd Street
New York, NY 10019-6119
212-415-9234


AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

Hina Shamsi
Jameel Jaffer
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500

*Attorneys for Plaintiffs American Civil Liberties Union and The American Civil Liberties Union Foundation*

TO:   Sarah Sheive Normand
      U.S. Attorney's Office, SDNY
      86 Chambers Street
      New York, NY 10007

      *Attorneys for Defendants U.S. Dep't of Justice, including its component the Office of Legal Counsel, U.S. Dep't of Defense, including its component U.S. Special Operations Command, and Central Intelligence Agency*