USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                      Plaintiff,                      12 **CIVIL** 794 (CM)

        -against-                                  **JUDGMENT**

U.S. DEPARTMENT OF JUSTICE, et al.,
                      Defendants.

------------------------------------------------------------X

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on July 17, 2015, having rendered its Order amending the Court's Decision of June 23, 2015, directing the unsealing of certain orders previously filed, and directing the Clerk of the Court to enter judgment that:

1.    OLC produce redacted versions of the OLC Documents 46, 144, and 145, and the complete text of Document 150;

2.    CIA produce Tab C to Document 59 and redacted version of Documents 109 and 113;

to Plaintiffs, and otherwise granting the motions of the OLC and CIA for summary judgment dismissing the case as against them; and granting in its entirety the motion of DOD for summary judgment dismissing the case as against it, and also directing the Clerk of the Court to close the file, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2015, judgment is entered as follows:

1.    OLC shall produce redacted versions of the OLC Documents 46, 144 and 145, and

the complete text of Document 150;

2. CIA shall produce Tab C to Document 59 and redacted versions of Documents 109 and 113;

to Plaintiffs, and otherwise the motions of the OLC and CIA for summary judgment dismissing the case as against them are granted; the motion of DOD for summary judgment dismissing the case against it is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
July 22, 2015

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____