UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES DEPARTMENT OF
DEFENSE, CENTRAL INTELLIGENCE
AGENCY,

        Defendants.

------------------------------------------------------------- x

12 Civ. 794 (CM)

**NOTICE OF APPEAL**

    Notice is hereby given that the United States Department of Justice, United States Department of Defense, and Central Intelligence Agency, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on July 23, 2015, and from all interlocutory orders merged into that judgment.

Dated:    New York, New York
             October 2, 2015

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ Sarah S. Normand
       SARAH S. NORMAND
       Assistant United States Attorney
       86 Chambers Street
       New York, New York  10007
       Telephone: 212.637.2709
       Fax: 212.637.2730
       E-mail: sarah.normand@usdoj.gov

TO:    Clerk of Court
       United States Court of Appeals for the Second Circuit
       Thurgood Marshall United States Courthouse
       40 Foley Square
       New York, New York  10007

       Colin Wicker, Esq., Dorsey & Whitney LLP
       Jameel Jaffer, Esq., American Civil Liberties Foundation
       *Counsel for Plaintiffs* (via ECF)