UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, including its component the Office of Legal Counsel, U.S. DEPARTMENT OF DEFENSE, including its component U.S. Special Operations Command, and CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendants.* | No. 12 Civ. 794 (CM) |

## MOTION OF MATTHEW SPURLOCK TO WITHDRAW AS COUNSEL

Pursuant to United States District Court for the Southern District of New York Local Civil Rule 1.4, Matthew Spurlock, undersigned counsel, moves to withdraw as counsel for Plaintiffs in the above-captioned action.

In support of this motion, he shows as follows:

1. He was an attorney at the American Civil Liberties Union Foundation and represents Plaintiffs in the above-entitled action.

2. He has taken up a new position at Gupta Wessler PLLC, in Washington, D.C.

3. He is no longer working for and representing clients as an employee of the American Civil Liberties Union Foundation.

4. Plaintiffs will continue to be represented by ACLU attorneys Hina Shamsi and Brett Max Kaufman. No party will be prejudiced by Mr. Spurlock's withdrawal.

/s/ Matthew Spurlock
Matthew Spurlock
Hina Shamsi
Brett Max Kaufman
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2651

*Counsel for Plaintiffs*

November 2, 2016